■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES HENRY NORTH, JR., Appellant.— Order of the County Court, Dutchess County, dated May 17, 1971, affirmed. The questions which defendant raised on this appeal have been previously determined adversely to him by this court (*People* v. *North,* 36 A D 2d 795, mot. for lv. to app. den. by Gibson, J., July 6, 1971). This court should not be called upon to pass anew on the very questions already passed upon (*People ex rel. Pannone* v. *Fay,* 16 A D 2d 946). Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT ROCCO PRISCO, Appellant.— Judgment of the County Court, Suffolk County, rendered May 4, 1972, affirmed. No opinion. The case is remitted to the County Court, Suffolk County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUIS RIVERA, Appellant.— In two *coram nobis* proceedings to vacate a 1953 judgment of conviction, defendant appeals from an order of the Supreme Court, Kings County, dated October 28, 1970, which denied both applications without a hearing. Order reversed, on the law, and applications granted to the extent of directing that (1) a hearing be held on defendant's contention that he was not advised of his right to appeal and did not know he had such right and (2) a new determination be made. The fact that defendant did not allege more than that he was not advised of his right to appeal and did not know he had such right does not defeat his right to a hearing. *People* v. *Lynn* and *People* v. *Saunders* (28 N Y 2d 196) are inapposite. There, the convictions were upon guilty pleas. Here the conviction was after trial. Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES SPAIN, Appellant.— Order of the Supreme Court, Kings County, entered May 21, 1971, affirmed (*People* v. *Bennett,* 30 N Y 2d 283; *People* v. *Anderson,* 40 A D 2d 997). Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW GIRONDA, Appellant, v. JOHN L. ZELKER, as Superintendent of Greenhaven Correctional Facility, Respondent.— Judgment of the Supreme Court, Dutchess County, dated November 10, 1971, affirmed, without costs. The issues raised by relator before the Special Term and in his brief on this appeal have previously been determined adversely to him on his direct appeal from the judgment of conviction which he challenged by this proceeding (*People* v. *Gironda,* 33 A D 2d 993, mot. for lv. to app. den. by Brennan, J., on March 9, 1970). Relator's supplemental brief was considered on this appeal. Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.

■ JOHN RANDOLPH, Appellant, v. TOWN OF BROOKHAVEN et al., Defendants, and WILLIAM M. JOHNSON, Respondent.— Upon the stipulation of the attorneys for the respective parties to the appeal, received by this court March 22, 1973, appeal from order of the Supreme Court, Suffolk County, dated August 10, 1972, deemed withdrawn, without costs. Hopkins, Acting P. J., Latham, Gulotta, Christ and Brennan, JJ., concur.